Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Dotty Stanley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOTTY STANLEY,<br><br>         Plaintiff,<br><br>    vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION LLC; WELLS FARGO BANK, N.A.; LOANME, INC.,<br><br>         Defendants. | Case No. 2:20-cv-00828-MCE-DB<br><br>**STIPULATED ORDER SETTING ASIDE ENTRY OF LOANME INC.'S DEFAULT AND DISMISSING LOANME, INC. WITH PREJUDICE** |

In accordance with the stipulation of the parties, and good cause appearing,

1. The Clerk of the Court shall VACATE the Clerk's Entry of Default as to Defendant LoanMe,, Docket No. 15;

2. Thereafter the Clerk shall dismiss LoanMe WITH PREJUDICE, with Plaintiff and LoanMe to each bear their own costs and fees.

IT IS SO ORDERED.

Dated:  August 7, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE