William M. Huse, Esq.  (IN #31622-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DOTTY STANLEY,<br>       Plaintiff,<br><br>  vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; WELLS FARGO BANK, N.A.; and LOANME, INC.;<br>       Defendants. | CASE NO. 2:20-cv-00828-MCE-DB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Dotty Stanley ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  August 24, 2020            */s/Joseph Angelo (w/ consent)*
Joseph B. Angelo, Esq.
Gale, Angelo, Johnson & Pruett, P.C.
1430 Blue Oaks Blvd., Suite 250
Roseville, CA  95747
Telephone:  (916) 290-7778
Fax:  (916) 721-2767
E-Mail:  jangelo@gajplaw.com

*Counsel for Dotty Stanley*

Date:  August 24, 2020            */s/William  M. Huse*
William M. Huse, Esq.  (IN #31622-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:20-CV-00828-MCE-DB**

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that all claims of Plaintiff Dotty Stanley against Defendant Trans Union, LLC, only, are DISMISSED, with prejudice. Plaintiff Dotty Stanley and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees, and this case shall proceed against the remaining Defendants.

IT IS SO ORDERED.

Dated: October 6, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE