Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Dotty Stanley

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

|  |  |
|---|---|
| DOTTY STANLEY | Civil Case No.:  2:20-cv-00828-MCE-DB |
| Plaintiffs, | **ORDER** |
| v. | |
| WELLS FARGO BANK, N.A., et. al., | |
| Defendants. | |

Pursuant to the stipulation of the Parties, and good cause appearing, Wells Fargo Bank, N.A. is dismissed with prejudice from the above-captioned action, and each party shall bear its own attorneys' fees and costs.  This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated:  March 4, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE