UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOTTY STANLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-00828-MCE-DB<br><br><br>**ORDER** |

　　　　　This action was initiated on April 22, 2020.  All Defendants other than Experian Information Solutions, Inc., were subsequently terminated, and, on May 25, 2022, this Court issued the following Minute Order:

> After review of the docket, the parties are ordered to file a Joint Status Report not later than ten (10) days from the date of this Order as to the status of defendant Experian Information Solutions, Inc. The parties are to set forth in their Joint Status Report, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. Failure to timely comply with this Order will result in the imposition of sanctions, up to and including terminating sanctions, upon no further notice to the parties.

ECF No. 22.

　　　　　On June 10, 2022, Plaintiff filed an untimely response to that Order advising the

Court that:

> Plaintiff is not aware of a summons being issued in response to the First Amended Complaint and was unable to serve Defendant Experian Information Solutions, Inc.
>
> Plaintiff's counsel inadvertently marked this case as closed after the dismissal of Defendant Wells Fargo Bank was filed. Should the Court allow Plaintiff is prepared to file a further amended complaint to address the allegations and causes of action that remain against Defendant Experian.

ECF No. 23 at 1. Nothing further has been filed with the Court.

The Court specifically finds that Plaintiff has failed to prosecute this action and has disregarded the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of California, and the orders of this Court. Accordingly, this action is hereby DISMISSED with prejudice. See, e.g., Fed. R. Civ. P. 41(b). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 6, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE